**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TED B. ANDERSON,

        Plaintiff,

vs.                                                          Case No. 3:11-cv-3-J-32TEM

TRIAD INTERNATIONAL MAINTENANCE
CORPORATION

        Defendant.

## ORDER

This case is before the Court on Defendant Triad International Maintenance Corporation's notice of filing its verified bill of costs and alternatively, motion to extend deadline to file its verified bill of costs and related filings. (Docs. 52, 54.) Plaintiff Ted B. Anderson "opposes the taxation of costs against him on the grounds that Defendant was not timely in seeking an award" (Doc 53 at 1).[1] However, the Court excuses any such untimeliness given that the delay was brief, and Anderson has "demonstrated no . . . prejudice in [his] response[.]" In re Seroquel Prods. Liability Litig., No. 6:06-md-1769-Orl-22DAB, 2009 WL 618240, at *1 (M.D. Fla. Mar. 12, 2009).

Accordingly, it is hereby

**ORDERED:**

The Clerk shall tax costs in the amount provided in the Bill of Costs (Doc. 52-2).

---

[1] Anderson's only stated objection pertained to the timeliness of Defendant's notice; he did not lodge an objection to the amount of costs. (See Doc. 53 at 1.)

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of July, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jk.
Copies:

counsel of record